# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-2084

_____

SCOTT AMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

August 16, 2018

B.L. THOMAS, C.J.

Appellant was charged as a principal for trafficking in methamphetamine under sections 777.011 and 893.135, Florida Statutes. To sustain his conviction as a principal, the State was required to establish that Appellant "intend[ed] that the crime be committed and *do some act* to assist the other person in actually committing the crime." *Staten v. State,* 519 So. 2d 622, 624 (Fla. 1988) (emphasis added); *Evans v. State,* 643 So. 2d 1204, 1205-06 (Fla. 1st DCA 1994) ("To secure a conviction on an aider and abettor theory, the state must establish (1) that the defendant helped the person who actually committed the crime by doing or saying something that *caused, encouraged, incited or otherwise assisted that person to commit the crime*; and (2) that the defendant intended to participate in the crime.") (emphasis

added)).  We review the evidence in a light most favorable to the State, including construing all inferences in favor of the State. *Lynch v. State,* 293 So. 2d 44 (Fla. 1974).

There was legally sufficient evidence to submit to the jury that Appellant "intended to participate in the crime," *Evans*, 643 So. 2d at 1206, including Appellant's post-arrest admission that he and the other suspects should not have completed the drug transaction.  But there was not sufficient evidence that Appellant did some act to assist in the commission of the crime.  *Theophile v. State*, 78 So. 3d 574, 577 (Fla. 4th DCA 2011).  Thus, under our de novo review of the trial court's ruling denying Appellant's motion for judgment of acquittal, *Jones v. State,* 790 So. 2d 1194, 1196 (Fla. 2001) (en banc), we reverse Appellant's conviction as a principal under section 777.011, Florida Statutes.  Based on our decision, we need not address the other issues raised by Appellant.

REVERSED and REMANDED with directions to discharge Appellant.

LEWIS and MAKAR, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Andy Thomas, Public Defender, Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Robert Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.